# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| AARON LEE VALENTINE, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:23-cv-00196 |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Order entered today, the decision of the Commissioner is **REVERSED AND REMANDED**.

**THIS IS A FINAL JUDGMENT**.

The Clerk will provide copies of this judgment to the parties.

SIGNED this 12th day of February 2024.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE